The People of the State of New York, Respondent, v. Frederick Potter, Appellant.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

John Dragonette, an Infant under the Age of Fourteen Years, by Umberto Dragonette, His Guardian ad Litem, and Umberto Dragonette, Appellants, v. Surface Transportation Corporation of New York and Another, Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of the Application of Joseph Ferdinand Compelling His Reinstatement to the Position of Inspector of Regulating, Grading and Paving, Grade 2, in the Office of the Department of Parks, etc., Petitioner, Appellant, against Robert Moses, Commissioner of Parks of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements to the respondent. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Joseph Rutrick, Respondent, v. Union Railway Company of New York City, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the credible evidence. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Sarah Foltz, as Administratrix of Joseph Foltz, Deceased, Appellant, v. The Board of Education of the City of New York, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

Commercial Credit Corporation, Respondent, v. Harold Stern, Defendant, Impleaded with Central National Bank of Yonkers and " John Doe," etc., Appellant.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

25 St. Nicholas Terrace, Inc., and Others, Respondents, v. Horton Pilsener Brewery Company, Inc., Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

In the Matter of Proving the Last Will and Testament of Julia Simpson, Otherwise Known as Julia Louisa Simpson or Julia L. Simpson, Deceased, as a Will of Real and Personal Property. Josephine C. Sutton, Appellant; Central Hanover Bank and Trust Company, Respondent.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ. [175 Misc. 718.]

Frances R. Gilbert, Plaintiff, and Reva Jaffee and Others, Respondents, v. Curtiss-Wright Corporation and Others, Defendants, Impleaded with Clarence W. Webster, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.

Alexander H. Kosloff and Another, Appellants, v. Sky-Chief Radio Corp. and Another, Respondents.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Dore and Callahan, JJ.